

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haight, Jr., Charles S. | District Court, SDNY | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 141 Church Street New Haven, CT 06510 | Reviewing Officer_____ Date_____ |

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Trustee | American Scandinavian Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 13 P 3: 37 FINANCIAL DISCLOSURE OFFICE

Haight Jr., Charles S.

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market | A | Dividend | M | T | | | | | |
| 2. Comcast Corp. | A | Dividend | | | Sold | 11/10/09 | J | B | |
| 3. Walt Disney Co. | A | Dividend | J | T | | | | | |
| 4. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 5. Staples Inc. | A | Dividend | | | Sold | 05/04/09 | J | | |
| 6. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 7. Diageo Plc | A | Dividend | K | T | | | | | |
| 8. Nestles S.A. | A | Dividend | K | T | | | | | |
| 9. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 10. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 11. Berkshire Hathaway | | None | K | T | | | | | |
| 12. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 13. Markel Corp. | | None | | | Sold | 04/29/09 | K | | |
| 14. T. Rowe Price Group | A | Dividend | | | Sold | 07/07/09 | J | | |
| 15. Gilead Sciences Inc. | | None | | | Sold | 11/10/09 | J | | |
| 16. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 17. Quest Diagnostics | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stryker Corp. | A | Dividend | | | Sold | 06/01/09 | J | | |
| 19. General Electric Co. | A | Dividend | | | Sold | 07/31/09 | J | | |
| 20. Lockheed Martin Co. | A | Dividend | | | Sold | 07/31/09 | J | | |
| 21. Cisco Systems | | None | J | T | | | | | |
| 22. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 23. Baron Growth Fund | | None | | | Sold | 04/29/09 | J | | |
| 24. Columbia Marsico Focused Equities Fund ClassZ | A | Dividend | | | Sold | 11/12/09 | K | | |
| 25. Eaton Vance Structured Emerging Mkts Fund | | None | | | Sold | 11/12/09 | L | | |
| 26. IShares S&P Midcap 400 Index Fund | A | Dividend | J | T | | | | | |
| 27. Royce Fund Premier Ser | | None | | | Sold | 07/28/09 | J | B | |
| 28. Thornberg Intl Value Fund | B | Dividend | L | T | | | | | |
| 29. US Treas NT Due 03/15/09 | D | Interest | | | Redeemed | 03/15/09 | O | | |
| 30. New York NY GO Bonds 3/18/99 | A | Interest | | | Redeemed | 03/16/09 | K | | |
| 31. Conn St Gen Rev Bonds | C | Interest | M | T | | | | | |
| 32. NY State Dorm Auth Bonds | B | Interest | K | T | | | | | |
| 33. Niagara Falls NY City School Dist Bonds | B | Interest | K | T | | | | | |
| 34. New York State GO Bonds 7/15/98 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New York State Twy Auth Bonds | B | Interest | K | T | | | | | |
| 36. Conn State GO Bonds 6/26/08 | C | Interest | M | T | | | | | |
| 37. Stamford Conn GO Bonds | C | Interest | M | T | | | | | |
| 38. Conn State HSG Auth Bonds | D | Interest | M | T | | | | | |
| 39. Conn State Spc Tax Oblig Rev Bonds | D | Interest | M | T | | | | | |
| 40. Pimco Foreign Bond Fund | B | Interest | | | Sold | 04/30/09 | M | | |
| 41. Pimco Commodity Real Return Fund | A | Dividend | | | Sold | 05/04/09 | K | | |
| 42. Baron Fifth Ave Growth Fund | | None | | | Sold | 04/30/09 | K | | |
| 43. Pimco Total Return Fund Inst. Class | A | Dividend | | | Sold | 01/14/09 | J | | |
| 44. HSBC C/D | A | Interest | | | Closed | 03/01/09 | J | | |
| 45. Vanguard Money Mkt Fund | A | Interest | K | T | | | | | |
| 46. ING Direct Savings Bank | B | Interest | L | T | | | | | |
| 47. US Trust Co of NY Bank of America Checking Account | | None | J | T | | | | | |
| 48. HSBC Checking Account | A | Interest | | | Closed | 03/01/09 | J | | |
| 49. Guilford Savings Bank | | None | J | T | Open | 03/01/09 | J | | |
| 50. Columbia Select Large Cap. Fund | | None | K | T | Buy | 04/30/09 | K | | |
| 51. Amazon.com, Inc. | | None | J | T | Buy | 05/04/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lerner Corp. | | None | J | T | Buy | 05/04/09 | J | | |
| 53. McKesson Corp. | A | Dividend | J | T | Buy | 11/16/09 | J | | |
| 54. Cummins Inc. | A | Dividend | J | T | Buy | 08/07/09 | J | | |
| 55. Accenture Ltd. | A | Dividend | J | T | Buy | 08/07/09 | J | | |
| 56. MasterCard Inc. | A | Dividend | J | T | Buy | 11/16/09 | J | | |
| 57. Barrick Gold Corp. | A | Dividend | J | T | Buy | 11/16/09 | J | | |
| 58. Oracle Corp. | A | Dividend | J | T | Buy | 05/04/09 | J | | |
| 59. FPL Group | A | Dividend | K | T | Buy | 05/04/09 | J | | |
| 60. IShares China Index Fund | A | Dividend | K | T | Buy | 11/16/09 | J | | |
| 61. IShares Australia Index Fund | B | Dividend | K | T | Buy | 11/16/09 | K | | |
| 62. IShares Brazil Index Fund | A | Dividend | K | T | Buy | 11/16/09 | K | | |
| 63. IShares Canada Index Fund | A | Dividend | K | T | Buy | 11/16/09 | K | | |
| 64. IShares South Korea Index Fund | A | Dividend | K | T | Buy | 11/16/09 | K | | |
| 65. Pimco Total Return Fund | D | Dividend | M | T | Buy | 11/12/09 | M | | |
| 66. Discovery Communications Inc. | | None | J | T | Buy | 11/16/09 | J | | |
| 67. Apache Corp. | A | Dividend | J | T | Buy | 11/16/09 | J | | |
| 68. Litchfield, CT GO Bonds | C | Interest | M | T | Buy | 12/17/09 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cheshire, CT GO Bonds | C | Interest | M | T | Buy | 06/26/09 | M | | |
| 70. Manchester, CT GO Bonds | C | Interest | M | T | Buy | 07/02/09 | M | | |
| 71. Southington, CT GO Bonds | C | Interest | M | T | Buy | 06/05/09 | M | | |
| 72. Easton, CT GO Bonds | C | Interest | M | T | Buy | 05/28/09 | M | | |
| 73. West Hartford, CT GO Bonds | C | Interest | M | T | Buy | 07/21/09 | M | | |
| 74. Regional School District 18 CT Bonds | D | Interest | M | T | Buy | 09/15/09 | M | | |
| 75. Wethersfield, CT GO Bonds | D | Interest | M | T | Buy | 06/18/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Part VII, line 1 of the 2008 Report lists "Columbia Govt. Plus Reserves Trust Class" as an asset. This is a money market fund. During 2009 our financial adviser replaced Columbia with a Bank of America Money Market Savings Account, which is listed on Page 4, Part VII, line 1 of the 2009 Report in place of Columbia. This was a transfer of cash from one fund to the other. It did not generate any gains or losses.

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSII
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544